FILED
2017 May-04  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT  A

DOCUMENT 1

ELECTRONICALLY FILED
3/29/2017 1:56 PM
52-CV-2017-900136.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>52<br><br>Date of Filing:<br>03/29/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA
### LASONJA CARTER v. MORGAN COUNTY SYSTEM OF SERVICES ET AL

**First Plaintiff:** ☐ Business ☑ Individual   **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA – Wrongful Death
- ☐ TONG – Negligence: General
- ☐ TOMV – Negligence: Motor Vehicle
- ☐ TOWA – Wantonness
- ☐ TOPL – Product Liability/AEMLD
- ☐ TOMM – Malpractice-Medical
- ☐ TOLM – Malpractice-Legal
- ☐ TOOM – Malpractice-Other
- ☐ TBFM – Fraud/Bad Faith/Misrepresentation
- ☐ TOXX – Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE – Personal Property
- ☐ TORE – Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN – Abandoned Automobile
- ☐ ACCT – Account & Nonmortgage
- ☐ APAA – Administrative Agency Appeal
- ☐ ADPA – Administrative Procedure Act
- ☐ ANPS – Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX – Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☑ CVRT – Civil Rights
- ☐ COND – Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP – Contempt of Court
- ☐ CONT – Contract/Ejectment/Writ of Seizure
- ☐ TOCN – Conversion
- ☐ EQND – Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD – Eviction Appeal/Unlawful Detainer
- ☐ FORJ – Foreign Judgment
- ☐ FORF – Fruits of Crime Forfeiture
- ☐ MSHC – Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB – Protection From Abuse
- ☐ FELA – Railroad/Seaman (FELA)
- ☐ RPRO – Real Property
- ☐ WTEG – Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP – Workers' Compensation
- ☐ CVXX – Miscellaneous Circuit Civil Case

**ORIGIN:**   F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**   ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
COL118
Date: 3/29/2017 1:56:21 PM
/s/ CARL ALLEN COLE III
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES ☑ NO ☐ UNDECIDED

DOCUMENT 2



ELECTRONICALLY FILED
3/29/2017 1:56 PM
52-CV-2017-900136.00
CIRCUIT COURT OF
MORGAN COUNTY, ALABAMA
CHRIS PRIEST, CLERK

## IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

| | |
|---|---|
| LaSONJA CARTER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   CV-2017- |
| | ) |
| MORGAN COUNTY SYSTEM | ) |
| OF SERVICES, INC. and DR. | ) |
| SARA BRUCE HALL as employee | ) |
| of Morgan County System | ) |
| of Services and as an individual, | ) |
| | ) |
| **Defendants.** | ) |

### COMPLAINT

COMES NOW the Plaintiff, LASONJA CARTER, by and through undersigned counsel, and alleges as follows against Defendants, Morgan County System of Services and Dr. Sara Bruce Hall.

#### I.   Parties

1. Plaintiff, LaSonja Carter, is an adult, competent, resident citizen of Morgan County, Alabama.

2. Defendant, Morgan County System of Services, Inc., (MCSOS) based on information and belief, is a corporation that is organized in the State of Alabama and does business in Morgan County.

3. Defendant, Dr. Sara Bruce Hall, based on information and belief, is an adult, competent, resident citizen of Morgan County, Alabama.

#### II.   Jurisdiction and Venue

4. Jurisdiction is proper before this Court under Ala. Code § 12-11-30(1) (1975) as the matter in controversy exceeds the cost of ten-thousand dollars ($10,000).

DOCUMENT 2

5. Furthermore, this Court has jurisdictions over all of the parties as all are citizens of the state.

6. Venue is appropriate in this county under Ala. Code §6-3-2(a)(3)(1975) because the acts complained of later in this complaint occurred in this county.

### III.    Statement of the Facts

7. Plaintiff was initially hired by Dr. Sara Bruce Hall, Defendant's Executive Director, on January 3, 2013, and she worked there until October 29, 2015, when she was terminated.

8. In June 2013, Plaintiff was made a Mental Health Counselor, but she never received a counselor's pay until 2015 while white counterparts did receive an increase in pay when they reached counselor status.

9. Beginning June 2013 to December 2014, Plaintiff was shuffled around to many different positions.

10. Each time Plaintiff was put into a new position, she would begin a new probation period. Beginning a new probation period with each new job was never explained to Plaintiff.

11. Because Plaintiff was never off of a probationary period, the employee handbook and procedure within never applied to her as was explained to her by Defendant.

12. Beginning in January 2015, Plaintiff began to fill in at the H.A.N.D.S Home (Home).

13. All employees at the Home, with the exception of one, were African-American. Also, Defendant's upper management lacks African-American members.

14. Many employees at the Home, including myself, were mistreated and harassed verbally by Dr. Sara Bruce Hall.

15. On October 13, 2015, Plaintiff was photographed in the newspaper with a recently dubiously terminated African-American employee of Defendant at an area African-

DOCUMENT 2

American event. After that picture was circulated in the newspaper, management of

Defendant began to treat Plaintiff differently.

16. Dr. Sara Bruce Hall began to harass Plaintiff after this picture was taken and demand of

Plaintiff things that had never been required before.

17. On October 19, 2015, Dr. Hall called Plaintiff and stated that the Home had to have eight

residents. She demanded that numbers go up.

18. Dr. Hall began to demand an accounting of literature that Plaintiff distributed to bring up

the number of residents residing at the Home for girls after attendance began to fall. Dr.

Hall never demanded this before.

19. On October 23, 2015, Dr. Hall threatened to lay off Plaintiff for not having enough

residents in the Home.

20. On October 23, 2015, Dr. Hall called Plaintiff stating that the Board requested all

outreach efforts to increase admissions on my part. Plaintiff sent the synopsis on October

26 at 7:31 p.m.

21. On October 27, Dr. Hall sent Plaintiff an e-mail requesting the number of flyers,

brochures, etc. that were distributed during Plaintiff's outreach efforts and a request for

an update on possible admissions. Plaintiff had never counted the flyers or brochures

before as that was never a requirement. Plaintiff replied to Dr. Hall and told her the

situation, but Plaintiff stated that moving forward, she would begin to count the flyers

and brochures.

22. On October 28, Plaintiff received an e-mail from Dr. Hall demanding an estimate of

literature distributed by Plaintiff in her recruitment efforts. Plaintiff was also asked for

information and a response regarding a formal grievance against Plaintiff. Plaintiff asked

DOCUMENT 2

for a copy to properly respond to the grievance. Instead, Plaintiff was told by Dr. Hall

that she wanted to meet with Plaintiff the next day.

23. On October 29, Plaintiff went to the meeting, which turned out to be one with the entire

board of Defendant. It was at this time that Plaintiff was told that she was on

probationary status because of her new position at the Home although she had been

working there for over two and a half years.

24. Plaintiff asked numerous times for a formal writing as to why she was being terminated.

She never received anything during the meeting. Plaintiff never received an Employee

Termination Notice as required by the employee handbook.

25. Following her termination, the Plaintiff exhausted her administrative remedies by filing a

charge of discrimination with the Equal Employment Opportunity Commission.  She was

issued a right-to-sue letter on December 29, 2016.

## COUNT I
## DISCRIMINATION AND HARASSMENT IN VIOLATION OF SECTION 1981

26. Plaintiff adopts and incorporated by reference as if expressly set forth herein the

allegations made in paragraphs 1-24 and further avers as follows.

27. Defendants created a workplace of harassment and discrimination based on race.

28. Similarly situated employees were not treated the same as Plaintiff.

29. Defendants singled out Plaintiff and trumped up issues to put on her record in an effort to

fire her.  This treatment was based on the Plaintiff's race.

30. Plaintiff was irreparably harmed by the Defendants' conduct, and this conduct caused

Plaintiff's damages, including, but not limited to, loss of income and benefits, difficulty

in hiring in the future, mental anguish, and emotional distress.

DOCUMENT 2

WHEREFORE, the foregoing grounds considered, Plaintiff demands judgment against the

Defendants in an amount deemed appropriate under the circumstances for compensatory and

punitive damages, as well as any costs, fees, reasonable attorney's fees and expenses, and any

other monies to which the Plaintiff is entitled.

<u>/s/ Carl. A. Cole, III</u>
Carl A. Cole, III (COL118)
Attorney for Plaintiff

**OF COUNSEL:**
The Cole Law Firm, LLC
P.O. Box 2063
Decatur, AL 35602
Phone: 256-353-0550
Facsimile: 256-353-0552
carl@carlcolelaw.com

Please Serve Defendants at:

Morgan County System of Services
c/o Steven Sasser
201 2nd Ave SE
Decatur, AL 35601

Dr. Sara Bruce Hall
Morgan County System of Services
2531 AL-20
Decatur, AL 35602



AlaFile E-Notice

52-CV-2017-900136.00

To:  CARL ALLEN COLE III
     carl@carlcolelaw.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL
52-CV-2017-900136.00

The following complaint was FILED on 3/29/2017 1:56:38 PM

Notice Date:     3/29/2017 1:56:38 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



AlaFile E-Notice

52-CV-2017-900136.00

To:  MORGAN COUNTY SYSTEM OF SERVICES
     201 2ND AVENUE
     DECATUR, AL, 35601

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL
52-CV-2017-900136.00

The following complaint was FILED on 3/29/2017 1:56:38 PM

Notice Date:     3/29/2017 1:56:38 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov



AlaFile E-Notice

52-CV-2017-900136.00

To:  SARA BRUCE HALL
     2531 ALABAMA HIGHWAY 20
     DECATUR, AL, 35602

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL
52-CV-2017-900136.00

The following complaint was FILED on 3/29/2017 1:56:38 PM

Notice Date:     3/29/2017 1:56:38 PM

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>– CIVIL – | Case Number:<br>52-CV-2017-900136.00 |
|---|---|---|

IN THE CIRCUIT COURT OF MORGAN COUNTY

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL

NOTICE TO     MORGAN COUNTY SYSTEM OF SERVICES, 201 2ND AVENUE, DECATUR, AL 35601

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CARL ALLEN COLE III

WHOSE ADDRESS IS P.O. BOX 2064, DECATUR, AL 35602

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of     LASONJA CARTER
   pursuant to the Alabama Rules of the Civil Procedure

Date   3/29/2017 1:56:38 PM     /s/ CHRIS PRIEST

Clerk/Register

302 LEE STREET

POST OFFICE BOX 668
DECATUR, AL 35602

☑ Certified Mail is hereby requested     /s/ CARL ALLEN COLE III

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

(Date)

_____          _____          _____
Date                              Server's Signature                Address of Server

_____          _____          _____
Type of Server                    Server's Printed Name

                                                                    Phone Number of Server

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>**52-CV-2017-900136.00** |
|---|---|---|

IN THE CIRCUIT COURT OF MORGAN COUNTY

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL

SARA BRUCE HALL, 2531 ALABAMA HIGHWAY 20, DECATUR, AL 35602

NOTICE TO _____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY CARL ALLEN COLE III

WHOSE ADDRESS IS P.O. BOX 2064, DECATUR, AL 35602

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of    LASONJA CARTER
    pursuant to the Alabama Rules of the Civil Procedure

Date   3/29/2017 1:56:38 PM    /s/ CHRIS PRIEST

    Clerk/Register

    302 LEE STREET

    POST OFFICE BOX 668
    DECATUR, AL 35602

☑ Certified Mail is hereby requested    /s/ CARL ALLEN COLE III

                                  Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

                                                                (Date)

_____     _____     _____
Date                           Server's Signature                      Address of Server

_____     _____     _____
Type of Server                  Server's Printed Name                  

                                                               _____
                                                               Phone Number of Server

DOCUMENT 5



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA
LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL

52-CV-2017-900136.00

To:  CLERK MORGAN
       clerk.morgan@alacourt.gov

TOTAL POSTAGE PAID: $13.54

Parties to be served by Certified Mail - Return Receipt Requested

MORGAN COUNTY SYSTEM OF SERVICES                    Postage: $6.77
201 2ND AVENUE
DECATUR, AL 35601

SARA BRUCE HALL                                                      Postage: $6.77
2531 ALABAMA HIGHWAY 20
DECATUR, AL 35602

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

| U.S. Postal Service™ CERTIFIED MAIL® RECEIPT Domestic Mail Only | U.S. Postal Service™ CERTIFIED MAIL® RECEIPT Domestic Mail Only |
|---|---|
| For delivery information, visit our website at www.usps.com®. | For delivery information, visit our website at www.usps.com®. |
| OFFICIAL USE | OFFICIAL USE |
| Certified Mail Fee $ | Certified Mail Fee $ |
| Extra Services & Fees (check box, add fee as appropriate) ☐ Return Receipt (hardcopy)  $ ☐ Return Receipt (electronic)  $ ☐ Certified Mail Restricted Delivery  $ ☐ Adult Signature Required  $ ☐ Adult Signature Restricted Delivery $   Postmark Here | Extra Services & Fees (check box, add fee as appropriate) ☐ Return Receipt (hardcopy)  $ ☐ Return Receipt (electronic)  $ ☐ Certified Mail Restricted Delivery  $ ☐ Adult Signature Required  $ ☐ Adult Signature Restricted Delivery $   Postmark Here |
| Postage $ | Postage $ |
| Total Postage and Fees $ | Total Postage and Fees $ |
| Sent To Morgan County | Sent To Sara Bruce Hall |
| Street and Apt. No., or PO Box No. | Street and Apt. No., or PO Box No. |
| City, State, ZIP+4® | City, State, ZIP+4® |
| PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions | PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions |



AlaFile E-Notice

52-CV-2017-900136.00

Judge: STEVEN E. HADDOCK

To:   COLE CARL ALLEN III
      carl@carlcolelaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL
52-CV-2017-900136.00

The following matter was served on 4/4/2017

**D002 HALL SARA BRUCE**

**Corresponding To**

CERTIFIED MAIL

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

DOCUMENT 6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Kim Gully_

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_Kim Gully_

1. Article Addressed to:

Sara Bruce Hall

2531 Alabama Highway 20

Decatur, AL 35602

APR 03 2017

DECATUR AL

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

CV 2017-900136

9590 9402 2461 6249 9565 41

2. Article Number (Transfer from service label)

7016 0750 0001 0277 0335

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

DOCUMENT 6



USPS TRACKING #

9590 9402 2461 6249 9565 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4 in this box •

Chris Priest

Circuit/District Court Clerk

P.O. Box 668

Decatur, AL 35602

 AlaFile E-Notice

52-CV-2017-900136.00

Judge: STEVEN E. HADDOCK

To:  COLE CARL ALLEN III
     carl@carlcolelaw.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MORGAN COUNTY, ALABAMA

LASONJA CARTER V. MORGAN COUNTY SYSTEM OF SERVICES ET AL
52-CV-2017-900136.00

The following matter was served on 4/5/2017

**D001 MORGAN COUNTY SYSTEM OF SERVICES**
**Corresponding To**
CERTIFIED MAIL

CHRIS PRIEST
CIRCUIT COURT CLERK
MORGAN COUNTY, ALABAMA
302 LEE STREET
POST OFFICE BOX 668
DECATUR, AL, 35602

256-351-4720
chris.priest@alacourt.gov

DOCUMENT 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Morgan County
System of Services
201 2nd Avenue
Decatur, AL 35601

9590 9402 2461 6249 9565 34

2. Article Number (Transfer from service label)

7016 0750 0001 0277 0328

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kim Grey

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Kim Grey

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

CV 2017 - 900136

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

DOCUMENT 8



USPS TRACKING #

BIRMINGHAM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED IN C
Chris Priest
APR 05 2017

9590 9402 2423 6249 9565 34

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4 in this box •

Chris Priest

Circuit/District Court Clerk

P.O. Box 688

Decatur, AL 35602